**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| INDORAMA VENTURES HOLDINGS L.P.,<br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br>Defendant. | Civil Action No. 1:24-CV-00404 |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **INDORAMA VENTURES HOLDINGS L.P.,** Plaintiff in the above-styled and numbered cause, and files its Notice of Settlement as to Defendant, **FACTORY MUTUAL INSURANCE COMPANY**. The parties are finalizing the agreements reached and will file a proposed appropriate motion to make the cause final upon signature of the appropriate settlement documents and funding of the settlement.

Respectfully submitted,

**ORGAIN, BELL & TUCKER, L.L.P.**
P.O. Box 1751
470 Orleans Street
Beaumont, Texas 77704
Phone: (409) 838-6412
Fax: (409) 838-6959

By: *_/s/ Jack P. Carroll*_______________
JACK P. CARROLL
State Bar No. 03886000
Email: jpc@obt.com

And

Michael David Lichtenstein (*pro hac vice*)
Eric Jesse (*pro hac vice*)
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700
mlichtenstein@lowenstein.com
ejesse@lowenstein.com

**ATTORNEYS FOR PLAINTIFF**
**INDORAMA VENTURES HOLDINGS L.P.**

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing has been provided to all known counsel of record pursuant to the Federal Rules of Civil Procedure on the 16th day of October, 2025.

__*/s/ Jack P. Carroll*______________
JACK P. CARROLL