**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| INDORAMA VENTURES HOLDINGS L.P.,<br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br>Defendant. | Civil Action No. 1:24-CV-00404 |

**JOINT MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **INDORAMA VENTURES HOLDINGS L.P.,** Plaintiff, and **FACTORY MUTUAL INSURANCE COMPANY**, Defendant, in the above-styled and numbered cause, and file their Joint Motion to Dismiss the above-captioned action.

The parties have resolved disputes set forth in the suit and jointly move, pursuant to the terms of the parties' agreement, that this Court dismiss this cause with prejudice, with each party bearing its own costs and expenses.

Respectfully submitted,

**ORGAIN, BELL & TUCKER, L.L.P.**
505 Orleans St., Suite 500
P.O. Box 1751
Beaumont, Texas 77704
Phone: (409) 838-6412
Fax: (409) 838-6959

By: *__/s/ Jack P. Carroll__*
Jack P. Carroll
State Bar No. 03886000
Email: jpc@obt.com

And

Eric Jesse (*pro hac vice*)
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700
mlichtenstein@lowenstein.com
ejesse@lowenstein.com

**ATTORNEYS FOR PLAINTIFF INDORAMA VENTURES HOLDINGS L.P.**

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone: 214-742-3000
Facsimile: 214-760-8994

By: */s/ Shannon M. O'Malley*
Shannon M. O'Malley
Texas Bar No. 24037200
somalley@zellelaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing has been provided to all known counsel of record pursuant to the Federal Rules of Civil Procedure on the 15th day of December, 2025.

*/s/ Jack P. Carroll*
Jack P. Carroll