IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| INDORAMA VENTURES HOLDINGS L.P., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 1:24-CV-00404 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| FACTORY MUTUAL INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING JOINT MOTION TO DISMISS**

Before the Court is the Parties' Joint Motion to Dismiss. [Dkt. 34]. The Parties previously advised that they had resolved all disputes in this matter and now jointly move to dismiss this cause with prejudice. After considering the Parties' joint motion, the Court grants the same.

It is therefore **ORDERED** that the Parties' Joint Motion to Dismiss [Dkt. 34] is hereby **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all attorney's fees and costs are hereby taxed against the Party incurring same and that all other pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 17th day of December, 2025.**

Michael J. Truncale
United States District Judge